IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No. CR 21-129 C |
| NICKLUS COLE SWEET, | ) ) | Violations: 18 U.S.C. § 922(g)(1) |
| Defendant. | ) ) ) ) ) | 26 U.S.C. § 5861(d) 18 U.S.C. § 924(d) 26 U.S.C. § 5872 28 U.S.C. § 2461(c) |

FILED
MAY 18 2021
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
(Felon in Possession of Firearms)

On or about April 3, 2021, within the Western District of Oklahoma, ---------- **NICKLUS COLE SWEET**, ---------- with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is:

1. a Ruger, model 22/45 Mark III, .22 LR caliber pistol, bearing serial number 275-38740;

2. a Browning, model 1911-22, .22 LR caliber pistol, bearing serial number 1EZX04903;

3. a Ruger, model SR9C, 9mm Luger caliber pistol bearing serial number 334-70719; and

4. a Taurus, model 85, .38 Special caliber revolver, bearing serial number KA53709;

which were in and affecting interstate commerce in that said firearms had previously crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## COUNT 2
### (Possession of an Unregistered Firearm – Silencer)

On or about April 3, 2021, in the Western District of Oklahoma,

---------------------------------- **NICKLUS COLE SWEET** ----------------------------------

knowingly possessed a homemade silencer, which was not registered to defendant in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d), the penalty for which is found at Title 26, United States Code, Section 5871.

## FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of any offense alleged in Counts 1 and 2 of this Indictment, **NICKLUS COLE SWEET** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense. The property subject to forfeiture includes, but is not limited to:

1. a Ruger, model 22/45 Mark III, .22 LR caliber pistol, bearing serial number 275-38740;

2. a Browning, model 1911-22, .22 LR caliber pistol, bearing serial number 1EZX04903;

    3.    a Ruger, model SR9C, 9mm Luger caliber pistol bearing serial number 334-70719; and

    4.    a Taurus, model 85, .38 Special caliber revolver, bearing serial number KA53709;

    5.    a homemade silencer; and

    6.    any and all ammunition and magazines not specifically listed.

All pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

*/s/ [signature]*

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
Acting United States Attorney

*/s/ [signature]*

STANLEY J. WEST
Assistant United States Attorney