**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **Case No.   CR-21-129-C** |
| | ) | |
| **NICKLUS COLE SWEET,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**FINAL ORDER OF FORFEITURE**

The Court has reviewed the United States' Motion for a Final Order of Forfeiture [Doc. No. 35 ]. The Court finds:

Pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(b)(2), Federal Rule of Criminal Procedure, this Court entered a Preliminary Order of Forfeiture based on defendant's plea providing for the forfeiture of defendant's right, title and interest in the below-described property, and the Court's finding of requisite nexus between the property and the offense committed by the defendant.

A.  a Ruger, model 22/45 Mark III, .22 LR caliber pistol, bearing serial number 275-38740;

B.  a Browning, model 1911-22, .22 LR caliber pistol, bearing serial number 1EZX04903;

C.  a Ruger, model SR9C, 9mm Luger caliber pistol bearing serial number 334-70719;

D.      a Taurus, model 85, .38 Special caliber revolver, bearing serial number KA53709;

E.      a homemade silencer; and

F.      any and all ammunition and magazines not specified herein.

The Court's Order further directed the United States to provide notice to any persons known to assert an interest, as well as publishing notice stating the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

Notice of this forfeiture and the requirements for filing a claim for the property was published on the government's website at www.forfeiture.gov for thirty (30) consecutive days beginning on September 17, 2021, and ending on October 16, 2021, for at least 18 hours per day. A copy of the Preliminary Order of Forfeiture was also provided to the following parties:

(a)     Dustin J. Hopson, Attorney representing the Defendant, by Notice of Electronic Filing on August 31, 2021, [Doc.25]; and

(b)     Nicklus Sweet, Defendant, by certified mail, receipt number(s) 7005 1820 5494 7616 and   7021 0950 0001 9495 0080, both were returned by U.S. Postal Service. (*See,* Doc. 35-2).

It appears from the record that no third party made any claim to or declared any interest in the above-described forfeited property as required by the ancillary provision of 21 U.S.C. § 853(n).   Therefore, any third-party interests are barred by failure of those

parties to file a petition.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, free and clear of the claims of any person, including, Nicklus Sweet, and shall be disposed of according to law.

That upon entry of this order, the Bureau of Alcohol, Tobacco, Firearms and Explosives, and/or the United States Marshal's Service is directed to deliver the above-described property to the United States of America for disposition according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purposes of enforcing this Order.

IT IS SO ORDERED this 17th day of 2022.

ROBIN J. CAUTHRON
United States District Judge